# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Torri Lyn Martir,** | : | **Case No. 5:24-bk-00624-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Upon consideration of Counsel for the Chapter 13 Debtor's Application for Compensation and Reimbursement of Expenses filed on February 27, 2025, Doc. 49 ("Application"), and the Objection by the Chapter 13 Trustee to the Fee Application filed on March 20, 2025, Doc. 50 ("Objection"), and after a hearing held on April 3, 2025,

It is hereby **ORDERED** that the Application is **GRANTED** in part and **DENIED** in part as set forth below:

1. Compensation for professional services on the Application is **ALLOWED** in favor of the Applicant in the amount of **$16,834.80**.

2. Reimbursement of expenses is **ALLOWED** in favor of the Applicant in the amount of **$519.10**.

3. Applicant may request another hearing on this matter by filing an appropriate motion within fourteen (14) days of the date hereof.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2026